Dale C. Campbell, State Bar No. 99173
W. Scott Cameron, State Bar No. 229828
**WEINTRAUB GENSHLEA CHEDIAK**
Law Corporation
400 Capitol Mall, 11th Floor
Sacramento, California   95814
(916) 558-6000 – Main
(916) 446-1611 – Facsimile
Email:  dcampbell@weintraub.com

Attorneys for Defendants The Morning Star Company,
The Morning Star Packing Company, L.P., and
Chris Rufer

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SK FOODS, L.P., a California limited partnership,<br><br>Plaintiff,<br><br>vs.<br><br>THE MORNING STAR COMPANY, a California corporation; THE MORNING STAR PACKING COMPANY, L.P., a California limited partnership; LIDESTRI FOODS, INC., a New York corporation; CHRIS RUFER, an individual; and JOHN LIDESTRI, an individual,<br><br>Defendants. | Case No. 2:08-cv-00265 GEB DAD<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING DATE RE DEFENDANTS' MOTION TO DISMISS**<br><br>**[F.R.C.P., RULE 12(b)(6)]**<br><br>Date: May 5, 2008<br>Time:  9:00 a.m.<br>Courtroom:  10, Hon. Garland E. Burrell |

IT IS HEREBY STIPULATED that, pursuant to Local Rule 78-230(g), Defendants' motion to dismiss, originally set for hearing on April 21, 2008, be continued to May 5, 2008, 9:00 a.m., in Courtroom 10, the Honorable Garland E. Burrell presiding.

/ / /

/ / /

/ / /

/ / /

| | |
|---|---|
| Dated: March 18, 2008 | Respectfully submitted, |
| | **WEINTRAUB GENSHLEA CHEDIAK**<br>Law Corporation |
| | By: /S/ Dale C. Campbell<br>Dale C. Campbell<br>California State Bar No. 99173 |
| | Attorneys for Defendants The Morning Star Company, The Morning Star Packing Company, L.P., and Chris Rufer |
| March 18, 2008 | **GIBSON, DUNN & CRUTCHER LLP** |
| | By: /S/ Jeffrey T. Thomas<br>Jeffrey T. Thomas<br>California State Bar No. 106409 |
| | Attorneys for Defendants LiDestri Foods, Inc. and John LiDestri |
| March 18, 2008 | **GORDON & REES LLP** |
| | By: /S/ Brian P. Maschler<br>Brian P. Maschler<br>California State Bar No. 111824 |
| | Attorneys for Plaintiff SK Foods, L.P. |

**ORDER**

It is so ordered.

Dated: March 19, 2008

_____
GARLAND E. BURRELL, JR.
Chief United States District Judge